IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (WATERLOO) DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No. 22-CR-2048-LTS |
| vs. | ) | |
| DAMIEN L. COBBINS, | ) | |
| Defendant. | ) | |

## SENTENCING MEMORANDUM

Sentencing in this matter has been set for Wednesday, April 12, 2023, at 10:30 a.m. Pursuant to the Court's order setting the sentencing hearing (Doc. 49), the government provides the following information:

### I. Witnesses

The government does not anticipate calling any witnesses.

### II. Exhibits

The government does not anticipate offering any exhibits.

### III. Issues

The parties have conferred, and the only issue that the Court will need to resolve at sentencing is defendant's motion for a downward variance.

The government will respond to defendant's motion for a downward variance in a separate filing after it has been filed.

Respectfully submitted,

TIMOTHY T. DUAX
United States Attorney

By: */s/ Dillan Edwards*

DILLAN EDWARDS
Assistant United States Attorney
111 7th Avenue SE, Box 1
Cedar Rapids, IA  52401-2101
(319) 363-6333
(319) 363-1990 (Fax)
dillan.edwards@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2023, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the parties or attorneys of record.

UNITED STATES ATTORNEY

BY: /s/  DRE